# Court of Appeals
# of the State of Georgia

ATLANTA,__May 16, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1605.  OLIN USHER v. THE STATE.**

In 2000, Olin Usher was convicted of armed robbery and other crimes.  We affirmed his convictions on appeal.  *Usher v. State*, 258 Ga. App. 459 (574 SE2d 580) (2002).  Usher later filed a motion for out-of-time appeal.  The trial court denied the motion, and he appeals.  Because Usher has already had a direct appeal, he is not entitled to an out-of-time appeal.  See *Simmons v. State*, 276 Ga. 525, 526 n.2 (579 SE2d 735) (2003) ("The denial of a motion for out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of direct appeal."); *Jackson v. State*, 273 Ga. 320 (540 SE2d 612) (2001) (defendant "not entitled to another bite at the apple by way of a second appeal.").  This appeal is therefore DISMISSED.  See *Jackson*, supra.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__05/16/2014_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*